IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No. 07-cr-00108-WDM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GAYLE C. FESSENDEN,

Defendant.

## ORDER FOR EXPENSES OF TRAVEL

This matter comes to the attention of the court on motion of the attorney for the Defendant.

The Defendant was arrested in Montrose, CO on April 4, 2007 by U.S. Postal Inspector Gerard Kavanagh and brought before the United States District Court for the District of Colorado in Grand Junction, CO on April 4, 2007 to be advised of three felony charges: wire fraud, mail fraud and theft of public money in violation of Title 18 U.S.C. Sections 1342, 1341 and 641.

The Court ordered the Defendant released after advisement, subject to certain conditions of release.

After appropriate inquiry, the Court finds that the Defendant is financially unable to provide the necessary transportation to return to her home in Ouray, CO upon her release.

Considering 18 U.S.C. section 4285 (Persons released pending further judicial proceedings) and finding that the interests of justice would be served thereby, the Court ORDERS and directs the United States Marshal to arrange for the Defendant's means of non-custodial transportation or furnish the fare for such transportation so that the Defendant can return to her home in Ouray, CO after her appearance in the United States District Court in Grand Junction, CO. In addition the U.S. marshal is directed, if deemed necessary, to furnish the Defendant with an amount of money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem travel allowance for travel under section 5702(a) of Title 5, United Sates Code.

Done this 4th day of April, 2007.

_____
GUDRUN J. RICE
United States Magistrate Judge